(October 18, 1994)

■ In the Matter of Sobeida Cruz et al., Respondents, v Joan C. Deierlein, Appellant, et al., Respondents. [618 NYS2d 377] —In a proceeding to compel the filing and placement of two propositions on the ballot in the General Election to be held on November 8, 1994, and to bar any other ballot propositions from appearing on the ballot, Joan C. Deierlein, as City Clerk of the City of Yonkers, appeals, as limited by her brief, from so much of an order and judgment (one paper) of the Supreme Court, Westchester County (Colabella, J.), dated October 3, 1994, as granted the petition.

judgment of the Supreme Court, Westchester County, dated October 3, 1994, pending appeal therefrom.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied as academic, and the temporary restraining order contained in the order to show cause dated October 7, 1994, is vacated.

The appeal from the order and judgment dated October 3, 1994, is decided herewith. Mangano, P. J., Thompson, Sullivan and Balletta, JJ., concur.